IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

|  |  |
|---|---|
| TAVORRIS WHITE et al, *individually and on behalf of all others similarly situated* | * <br> * <br> Case No. 5:23-cv-00061-CAR |
| Plaintiffs, | * |
| v. | * |
| COMMUNITY DEVELOPMENT SYSTEM INC, | * |
| Defendant. | |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated February 9, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendant.

This 10th day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk